THE PEOPLE OF THE STATE OF NEW YORK ex rel. GIOVANNI AQUINO, Appellant, v. EDWARD RIEGELMANN, as President of the Borough of Brooklyn, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the sole ground that the defendants were acting within their right and duty in removing the incumbrances from the public street, even if the relator had the right, as claimed by him, to the exclusive possession

and use of the premises described in the grant of land under water; and that an injunction cannot be obtained as a main relief by way of mandamus. We do not concur with the learned justice at Special Term in the views expressed in his opinion as to the effect of the decision of the Court of Appeals in *People* v. *Steeplechase Park Co.* (218 N. Y. 459), but we consider that that question is not directly involved herein.    Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.